[Nos. 29015-8-III; 29049-2-III.   Division Three.   June 28, 2011.]

WILLIAM D. BLAINE ET AL., *Appellants*, v. BENTON COUNTY, *Respondent*.

Appeals from a judgment of the Superior Court for Benton County, No. 08-2-00666-0, Craig J. Matheson, J., entered January 21, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 29191-0-III.   Division Three.   June 28, 2011.]

STEVENS COUNTY, *Appellant*, v. THE EASTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00312-1, Rebecca M. Baker, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J. Now published at 163 Wn. App. 680.

[No. 64578-1-I.   Division One.   July 5, 2011.]

PERALEZ REAL ESTATE, INC., *Plaintiff*, v. WOODINVILLE BUSINESS CENTER NO. 1, LP, ET AL., *Defendants*.

UBI BUSINESS SERVICES, INC., *Plaintiff*, v. WOODINVILLE BUSINESS CENTER NO. 1, LP, ET AL., *Defendants*.

WOODINVILLE BUSINESS CENTER NO. 1, LP, *Respondent*, v. ALBERT L. DYKES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-10125-8, Harry J. McCarthy, J., entered November 23, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Lau, J.